UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CALEB M. ELLEDGE,

    Plaintiff,

v.     No. 1:22-cv-00123-KWR-GJF

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Gregory J. Fouratt filed his Proposed Findings and Recommended Disposition ("PFRD") on January 30, 2023, in which he recommended that the decision of the Administrative Law Judge be affirmed. ECF 30. The PFRD notified the parties of their ability to file objections no later than February 13, 2023 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that:

1. The Magistrate Judge's PFRD [ECF 30] is **ADOPTED**;

2. Plaintiff's Motion to Remand [ECF 24] is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**