UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CALEB M. ELLEDGE,

    Plaintiff,

v.                                                                                           No. 1:22-cv-00123-KWR-GJF

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order Adopting Proposed Findings and Recommended Disposition (**Doc. 31**) entered on **February 14, 2023**, the Court enters this Final Order under Fed. R. Civ. P. 58, **DISMISSING** this case **WITH PREJUDICE.**

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**